IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WANDA F. HART | § |
| | § |
| Plaintiff, | § |
| | §  CASE NO.:   06-009-KD-C |
| vs. | § |
| | § |
| VINCENT L. BASILE, | § |
| | § |
| Defendant. | § |

## JOINT STIPULATION FOR DISMISSAL

Come now the attorneys for the respective parties in the above styled action by and through the undersigned counsel and stipulate to the Court for the dismissal of this action, with prejudice, by agreement and causes of action asserted by, against, and between the parties to this action.

This case has been settled by and between the parties and each party is to bear their own cost.

LAW OFFICE OF JOHN W. PARKER
Attorney for Plaintiff

BY: _____
JOHN W. PARKER          (PARKJ3605)
820 S. University Blvd., Suite 2-F
Mobile, AL  36609
251/341-1020

LUTHER, OLDENBURG & RAINEY, P.C.
Attorneys for Defendant, Vincent L. Basile

BY: _____
L. BRATTON RAINEY, III          (RAINL5746)
RYAN P. HOLLOWAY              (HOLLR0256)
Post Office Box 1003
Mobile, Alabama  36633
(251) 433-8088